March 27, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

VERSATILE MARINE SERVICES, INC., Appellant

NO. 14-14-00096-CV                    V.

GULF COAST MARINE ASSOCIATES, INC. A/K/A GULF COAST MARINE
& ASSOCIATES, INC., Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on September 25, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Versatile Marine Services, Inc.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.